UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CASE NO. 06-56987-TJT
VALERIA MICHELLE STEVENSON    CHAPTER 13 PROCEEDINGS
                                                   HON. THOMAS J. TUCKER
              Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| VALERIA MICHELLE STEVENSON<br>3599 S BASSETT ST<br>DETROIT, MI 48217-1520<br>SSN: XXX-XX-3562 | N/A | N/A | DEBTOR REFUND | 1363538 | 4/29/11 | $ 4.92 |

DATED: May 05, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0656987 00000 017414 1363538
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 04/29/2011      Check No: 1363538
Payee: CLERK OF US BANKRUPTCY COURT

| 0656987 | VALERIA MICHELLE STEVENSON | | | 4.92 | 0.00 | 4.92 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79 / 611

**CHECK NO. 1363538**
SunTrust Bank

**FOR** VALERIA MICHELLE STEVENSON
BK:0656987 ACCT:
PRIN: 4.92   INT: 0.00

**DATE** Apr 29, 2011
**AMOUNT**
**\*\*\*\*\*\*\*\*\*\*4.92**

**PAY** **4.92**
Four And 92 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $4.92
VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                              CASE NO. 06-56987-TJT
VALERIA MICHELLE STEVENSON                     CHAPTER 13 PROCEEDINGS
                                               HON. THOMAS J. TUCKER

                  Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & BRODSKY PLC**
**23843 JOY ROAD**
**DEARBORN HEIGHTS, MI  48127**

**Last Known Address for Debtor:**

**VALERIA MICHELLE STEVENSON**
**3599 S BASSETT ST**
**DETROIT, MI  48217-1520**

DATED: May 05, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226